IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MANKIE, | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 06-1205 |
| | ) Judge Nora Barry Fischer/ |
| RAMON RUSTIN, Warden; DR. BRUCE | ) Magistrate Judge Amy Reynolds Hay |
| DIXON, Director, Allegheny County | ) |
| Health Services; DR. PATTERSON, | ) |
| Physician, Allegheny Correctional Health | ) |
| Services, | ) |
|       Defendants. | ) |

**ORDER**

AND NOW, this _22nd_ day of May, 2007, after the plaintiff, James Mankie, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed for failure to prosecute and granting the plaintiff ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the case is dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desire to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

James Mankie
1517 Eckert Street
Pittsburgh, PA 15212

Case 2:06-cv-01205-NBF-ARH   Document 12   Filed 05/22/07   Page 2 of 2